UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROADWAY RIVERDALE MEAT MARKET CORP. and
GUSTAVO A. ROSARIO                                                                08 CV 03319

                              Plaintiffs,                           **AFFIRMATION OF SERVICE**

   -against-

THE UNITED STATES OF AMERICA, THE UNITED
STATES DEPARTMENT OF AGRICULTURE, and ED
SCHAFER, SECRETARY OF AGRICULTURE,

                              Defendants.

       I, MARK H. WILKOW, ESQ., an attorney duly admitted to practice before the United States District Court for the Southern District of New York, declare under penalty of perjury that I have served a copy of the attached Summons In A Civil Action and Complaint upon

| | | |
|---|---|---|
| Mr. Ed Schafer | US Dept. of Agriculture | US Attorney, SDNY |
| Sec. of Agriculture, USDA | Whitten Building | Civil Process Clerk |
| Whitten Building | 1400 Independence Ave, SW | 86 Chambers Street |
| 1400 Independence Ave, SW | Washington, DC 20250 | New York, NY 10007 |
| Washington, DC 20250 | | |

Mr. Michael Mukasey
US Attorney General
US Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

by Certified Mail, Return Receipt Requested pursuant to the requirements of the Federal Rules of Civil Procedure, Rule 4 (i) (1) and (2). See attached Postage Transaction Records and Proof of Delivery.

Dated:       July 9, 2008
                Jericho, New York

                                                  The Law Office of Mark H. Wilkow
                                                  Attorney for Defendants
                                                  99 Jericho Turnpike, Suite 303
                                                  Jericho, New York 11753
                                                  516-876-0720

JUDGE LYNCH

◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                    District of                    New York

Broadway Riverdale Meat Market Corp and
Gustavo A. Rosario

**SUMMONS IN A CIVIL ACTION**

V.

The United States of America, The United States
Department of Agriculture and Ed Schafer,
Secretary of Agriculture

CASE NUMBER: 08 CV 03319

TO: (Name and address of Defendant)

Mr. Ed Schafer, Secretary of Agriculture, United States Department of
Agriculture, Whitten Building, 1400 Independence Avenue S.W.,
Washington, D.C. 20250

The United States Attorney's Office, Mr. Michael Garcia, 86 Chambers
Street, New York, New York 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Law Offices of Mark H. Wilkow
99 Jericho Turnpike, Suite 303
Jericho, New York 11753

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                              4/3/2008

CLERK                                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 9, 2008 |
| NAME OF SERVER *(PRINT)* Mark H. Wilkow, Esq. | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

X  Other (specify):  By certified mail, return receipt requested, pursuant to the Federal Rules of Civil Procedure, Rul 4 (i) 1 & 2

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 9, 2008
              Date                          Signature of Server

99 Jericho Turnpike, Suite 303
Jericho, New York 11753

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.