

**Postage Transaction Record**
Thursday, July 03, 2008

| | |
|---|---|
| Device ID: | 062S0005298476 |
| Print Date: | July 03, 2008 - 02:20:59 PM |
| Mail Date: | July 03, 2008 |
| User: | wilkowlaw |
| Customer ID: | 2031291 |

Return
Address: The Law Offices of Mark H. Wilkow
99 Jericho Turnpike
Suite 303
Jericho
New York 11753

Delivery
Address: Mr Ed Schafer
Secretary of Agriculture
United States Dept. of Agriculture
Whitten Building
1400 Independence Ave SW
Washington DC 20250-0002

Weight: 0 lbs 1 oz
Cost Code: 7004 2510 0004 7104 8083
Refund Type: e/Refund

Cost: Postage

| | | |
|---|---|---|
| Mail Class | | |
|   First-Class Mail®: | | $0.42 |
| Special Services | | |
|   Certified Mail™: | | $2.70 |
|   Return Receipt: | | $2.20 |

Total Cost: $5.32

**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0004 7104 8083**
Detailed Results:

- Delivered, July 08, 2008, 7:18 am, WASHINGTON, DC 20250
- Arrival at Unit, July 08, 2008, 3:11 am, WASHINGTON, DC 20022

( < Back )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



**stamps.com**

## Postage Transaction Record
Thursday, July 03, 2008

| | |
|---|---|
| Device ID: | 062S0005298476 |
| Print Date: | July 03, 2008 - 02:19:36 PM |
| Mail Date: | July 03, 2008 |
| User: | wilkowlaw |
| Customer ID: | 2031291 |
| Return Address: | The Law Offices of Mark H. Wilkow<br>99 Jericho Turnpike<br>Suite 303<br>Jericho<br>New York 11753 |
| Delivery Address: | United States Dept. of Agriculture<br>Whitten Building<br>1400 Independence Ave SW<br>Washington DC 20250-0002 |
| Weight: | 0 lbs 1 oz |
| Cost Code: | 7004 2510 0004 7104 8076 |
| Refund Type: | e/Refund |

Cost:   Postage

| | | |
|---|---|---|
| Mail Class | | |
|   First-Class Mail®: | | $0.42 |
| Special Services | | |
|   Certified Mail™: | | $2.70 |
|   Return Receipt: | | $2.20 |

Total Cost: $5.32

**UNITED STATES POSTAL SERVICE**®

Track & Confirm      FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0004 7104 8076**
Detailed Results:

- **Delivered, July 08, 2008, 7:18 am, WASHINGTON, DC 20250**
- **Arrival at Unit, July 08, 2008, 3:11 am, WASHINGTON, DC 20022**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )