



**Postage Transaction Record**
Thursday, July 03, 2008

| | |
|---|---|
| Device ID: | 062S0005298476 |
| Print Date: | July 03, 2008 - 02:16:45 PM |
| Mail Date: | July 03, 2008 |
| User: | wilkowlaw |
| Customer ID: | 2031291 |

Return Address:
The Law Offices of Mark H. Wilkow
99 Jericho Turnpike
Suite 303
Jericho
New York 11753

Delivery Address:
Civil Process Clerk
US Attorney
SDNY
86 Chambers St
New York NY 10007-1825

Weight: 0 lbs 1 oz
Cost Code: 7004 2510 0004 7104 8021
Refund Type: e/Refund

Cost:  Postage
    Mail Class
      First-Class Mail®:     $0.42

    Special Services
      Certified Mail™:     $2.70
      Return Receipt:     $2.20

Total Cost:     $5.32


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0004 7104 8021**
Detailed Results:

- Delivered, July 07, 2008, 12:25 pm, NEW YORK, NY 10007
- Arrival at Unit, July 07, 2008, 8:47 am, NEW YORK, NY 10007

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





Postage Transaction Record
Thursday, July 03, 2008

Device ID: 062S0005298476
Print Date: July 03, 2008 - 02:12:17 PM
Mail Date: July 03, 2008
User: wilkowlaw
Customer ID: 2031291

Return Address:
The Law Offices of Mark H. Wilkow
99 Jericho Turnpike
Suite 303
Jericho
New York 11753

Delivery Address:
Mr Michael Mukasey
United States Attorney General
United States Dept. of Justice
950 Pennsylvania Ave NW
Washington DC 20530-0001

Weight: 0 lbs 1 oz
Cost Code: 7004 2510 0004 7104 8014
Refund Type: e/Refund

Cost:     Postage
          Mail Class
            First-Class Mail®:                          $0.42
          Special Services
            Certified Mail™:                            $2.70
            Return Receipt:                             $2.20

Total Cost:                                             $5.32

**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0004 7104 8014**
Detailed Results:

- Delivered, July 08, 2008, 4:43 am, WASHINGTON, DC 20530
- Notice Left, July 08, 2008, 3:24 am, WASHINGTON, DC 20530
- Arrival at Unit, July 08, 2008, 12:47 am, WASHINGTON, DC 20022

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    7/9/2008